the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ARTHUR G. WEINBERGER v. BERNARD BRILL, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LAURA S. VANDEWATER v. HARRY S. AUSTIN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of HARRY HARTMAN, an Attorney.— Motion for reinstatement granted. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

In the Matter of MORRIS LEVY, an Attorney.— Motion for reinstatement granted. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

FORD H. DOW, Respondent, v. ALLEN E. BEALS and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

In the Matter of the Application of MORRIS A. HALPERN, an Attorney, for Reinstatement.— Motion granted. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

In the Matter of ABRAHAM SCHLACHT, an Attorney.— Motion for reinstatement granted. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

, In the Matter of ABRAHAM H. WEINSTEIN, an Attorney.— Motion for reinstatement granted. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

G. GOLDBERG & SONS, INC., Respondent, v. WEISBERG-GOLDMAN CORPORATION, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

G. GOLDBERG & SONS, INC., Respondent, v. WEISBERG-GOLDMAN CORPORATION, Defendant, Impleaded with TITLE GUARANTEE AND TRUST COMPANY, Appellant. — Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SHERMAN CREEK REALTY CORPORATION, Respondent, v. JAMES J. SCHWEBEL, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GASTON, WILLIAMS & WIGMORE, INC., Appellant, v. THE EQUITABLE TRUST COMPANY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin and Townley, JJ.

FRANK GRIMALDI, Respondent, v. 1412 BROADWAY, INC., Appellant, Impleaded with GENERAL ELECTRIC COMPANY and Another, Respondents.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.; Martin, J., dissents and votes for reversal and a new trial.

FRANK GRIMALDI, Respondent, v. 1412 BROADWAY, INC., Appellant, Impleaded with GENERAL ELECTRIC COMPANY and Another, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

SURPLUS MERCANTILE COMPANY, INC., Appellant, v. HENRY I. STETLER, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ,